UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL NO. 16, INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES,<br><br>Plaintiff,<br><br>v.<br><br>HULSEY CONTRACTING INC.,<br><br>Defendant. | Case No. 22-cv-00085-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On January 6, 2022, Plaintiff filed this petition to compel arbitration. [Docket No. 1.] In light of Plaintiff's representation (Docket No. 4) and pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to the Honorable Joseph C. Spero to determine whether it is related to 20-cv-2863-JCS, *Dist. Council No. 16 N. Cal. Health & Welfare Tr. Fund v. Hulsey Contracting, Inc*.

**IT IS SO ORDERED.**

Dated: January 10, 2022

_____
Donna M. Ryu
United States Magistrate Judge